USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                           :
JENNY CRUZ,                                 :        19cv8267(DLC)
                                           :
                      Plaintiff,        :            ORDER OF
              -v-                          :            DISCONTINUANCE
                                           :
METROPOLITAN TRANSPORTATION AUTHORITY, :
                      Defendant.        :
                                           :
-------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 4, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
            February 3, 2020

                                       _____
                                              DENISE COTE
                                  United States District Judge